# In the United States District Court
# For the Southern District Of Georgia
# Brunswick Division

| | | |
|---|---|---|
| LEROY LEE, JR., | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:14-cv-149 |
| | * | |
| v. | * | |
| | * | |
| WARDEN SUZANNE R. HASTINGS, | * | |
| | * | |
| Respondent. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which no Objections have been filed. Respondent's Motion to Dismiss, dkt. no. 11, is **GRANTED**. Lee's petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241, dkt. no. 1, is **DISMISSED**. The Clerk of Court is **DIRECTED** to enter the appropriate judgment of dismissal and to **CLOSE** this case.

Furthermore, for the reasons stated in the Magistrate Judge's Report and Recommendation, Johnson is hereby **DENIED** a

certificate of appealability, and he is **DENIED** leave to appeal in forma pauperis.

**SO ORDERED**, this 30 day of July, 2015.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA